JOSE R. TORRES
LAW OFFICE OF JOSE R. TORRES
129 PROSPECT STREET
PASSAIC, NJ  07055

Re:  JORGE NOVA
     424 OAK STREET
     PASSAIC,  NJ  07055

Atty:  JOSE R. TORRES
       LAW OFFICE OF JOSE R. TORRES
       129 PROSPECT STREET
       PASSAIC, NJ  07055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-18764

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

### RECEIPTS AS OF 01/01/2024                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/01/2022 | $200.00 | 28448558460 | 01/09/2023 | $200.00 | 28568600133 |
| 02/09/2023 | $200.00 | 28568624308 | 03/02/2023 | $200.00 | 28601939283 |
| 04/10/2023 | $200.00 | 28601944738 | 05/08/2023 | $200.00 | 28706522894 |
| 06/06/2023 | $200.00 | 28761040888 | 07/10/2023 | $200.00 | 28761818534 |
| 08/02/2023 | $200.00 | 28929130042 | 09/06/2023 | $200.00 | 28929147221 |
| 10/11/2023 | $200.00 | 29073227894 | 11/03/2023 | $200.00 | 29097476583 |
| 12/05/2023 | $200.00 | 29097484852 | | | |

**Total Receipts: $2,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024        (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 184.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 2,432.00 | 1,818.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | DISCOVER BANK | UNSECURED | 818.30 | * | 0.00 | |
| 0003 | FB&T/MERCURY | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | LENDCLUBBK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK NA | UNSECURED | 1,558.45 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEM | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | OLLO/CWS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | ONEMAIN | VEHICLE SECURE | 2,817.80 | 100.00% | 0.00 | |
| 0010 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-18764**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 695.29 | * | 0.00 | |
| 0013 | RESURGENT RECEIVABLES, LLC | UNSECURED | 2,730.89 | * | 0.00 | |
| 0014 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 3,085.73 | * | 0.00 | |
| 0015 | TD BANK NA | UNSECURED | 2,865.36 | * | 0.00 | |
| 0017 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 70.68 | * | 0.00 | |
| 0020 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 473.88 | * | 0.00 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 683.52 | * | 0.00 | |
| 0022 | RESURGENT RECEIVABLES, LLC | UNSECURED | 1,263.23 | * | 0.00 | |
| 0023 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,422.28 | * | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 2,577.48 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 681.93 | * | 0.00 | |

**Total Paid: $2,616.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $2,600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,616.00    =    Funds on Hand: $184.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.